UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

STEVEN BURNETT,

    Plaintiff,

 v.                                              Case No. 10-cv-533-JPG

HERRIN CITY POLICE, *et al.*,

    Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Steven Burnett's *pro se* Motion to Proceed *in Forma Pauperis* (Doc. 2).

A federal court may permit an indigent party to proceed without pre-payment of fees. 28 U.S.C. § 1915(a)(1) (2006). In determining indigence, courts must remember that "a person need not be absolutely destitute in order to enjoy the benefit of § 1915." *Zaun v. Dobbin*, 628 F.2d 990, 992 (7th Cir. 1980) (discussing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). Even if a plaintiff is found to be indigent, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious. § 1915(e)(2)(B)(i).

Here, the Court is not satisfied from Burnett's affidavit that he is indigent. In said affidavit, Burnett states that his current net income is $313.00 per week, or approximately $1,360.00 per month, and that he has $50.00 in a checking or savings account. He also avers

that his regular monthly expenses total $932.00,[1] which includes $200.00 allotted for food.  This leaves Burnett with $432.00 every month.  While the determination of indigence is by no means a bright-lined test, the Court is hesitant to label Burnett — an individual who pockets every month more than the $350.00 filing fee imposed by this Court — as indigent.  He can and should pay for the costs of this litigation.[2]

For the foregoing reasons, the Court **DENIES** Burnett's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) **without prejudice** and **ORDERS** Burnett to pay the $350.00 filing fee if he does not wish for this action to be dismissed.  The Court makes no finding as to the meritoriousness of Burnett's case.

**IT IS SO ORDERED.**
**DATED: August 11, 2010**

        s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**

---

[1] This amount is actually lower if the $185.00 that Burnett spends on "loan payments" every month includes his $52.00 monthly payment to Sallie Mae.

[2] The Court would also note that Burnett's current financial situation is a far cry from that outlined in his *in forma pauperis* affidavit in another case . *Burnett v. United Adjustment Serv.*, Case No. 10-cv-462-JPG (Doc. 2) (S.D. Ill.  June 24, 2010) (wherein the Court granted Burnett's motion to proceed *in forma paueris*).