UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

STEVEN BURNETT,

    Plaintiff,

v().

CITY OF HERRIN, ILLINOIS, *et al.*,

    Defendants.

Case No. 10-cv-533-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants Sharon Clark, Stu Ridings, and Vic Ritter's Motion to Dismiss (Doc. 27). Specifically, since Defendants filed the motion to dismiss, Plaintiff Steven Burnett has filed a Second Amended Complaint (Doc. 40). Because Defendants' dismissal motion is directed at the Amended Complaint (Doc. 23), which is no longer the operative pleading in this case, *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999), the Court hereby **DENIES as moot** said motion (Doc. 27).

**IT IS SO ORDERED.**
**DATED: November 19, 2010**

                                                s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**