IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN BURNETT,<br><br>          Plaintiff,<br><br>     v.<br><br>HERRIN POLICE, VIC RITTER, STU RIDINGS, KAREN CLARK, QUINN LAIRD, JIMMY LLOYD, CITY OF HERRIN, WILLIAMSON COUNTY SHERIFF DEPT., DEPUTY/JAILER ASHMAN, ENERGY POLICE DEPT., BECK BADGE #9934<br><br>          Defendants. | Case No. 10-CV-533-JPG/SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** judgment is entered in favor of defendants Village of Energy (misnamed in the complaint as Energy Police), City of Herrin, Herrin Police Department, Williamson County Sheriff Department, Officer Lloyd, Officer Beck, and Deputy Ashman for the claims of unlawful arrest and excessive force on or around November 25, 2008.

**IT IS HEREBY ORDERED AND ADJUDGED** defendants Vic Ritter, Karen Clark (misnamed in the complaint as Sharon Clark), Stu Ridings, the City of Herrin, the Herrin Police Department, and Quinn Laird are **DISMISSED with prejudice** for the claims arising under 42 U.S.C. §1983 from July 4, 7, 9, 2011.

**DATED: September 19, 2011**

                                        **NANCY ROSENSTENGEL, CLERK**

                                        **By:s/Deborah Agans, Deputy Clerk**

**Approved by:**

s/J. Phil Gilbert, District Judge