IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN BURNETT,

        Plaintiff,

        v.

HERRIN POLICE, VIC RITTER, STU
RIDINGS, KAREN CLARK, QUINN LAIRD,
JIMMY LLOYD, CITY OF HERRIN,
WILLIAMSON COUNTY SHERIFF DEPT.,
DEPUTY/JAILER ASHMAN, ENERGY POLICE
DEPT., BECK BADGE #9934

        Defendants.

Case No. 10-CV-533-JPG/SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having

rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** judgment is entered in favor of defendants

Village of Energy (misnamed in the complaint as Energy Police), City of Herrin, Herrin Police Department,

Williamson County Sheriff Department, Officer Lloyd, Officer Beck, and Deputy Ashman for the claims of

unlawful arrest and excessive force on or around November 25, 2008.

**IT IS HEREBY ORDERED AND ADJUDGED** defendants Vic Ritter, Karen Clark (misnamed
in the complaint as Sharon Clark), Stu Ridings, the City of Herrin, the Herrin Police Department, and Quinn
Laird are **DISMISSED with prejudice** for the claims arising under 42 U.S.C. §1983 from July 4, 7, 9,
2011.

**DATED: September 19, 2011**

                                  **NANCY ROSENSTENGEL, CLERK**

                                  **By:s/Deborah Agans, Deputy Clerk**

**Approved by:**

s/J. Phil Gilbert, District Judge